DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Appellant,

v.

CHRISTINA CLEMENT,

Appellee.

No. 2D2023-0078

————————————————————

May 17, 2024

Appeal from the County Court for Pinellas County; Lorraine M. Kelly, Judge.

Robert E. Sickles and Yesica S. Lipoksy of Dinsmore & Shohl, LLP, Tampa, for Appellant.

Ian R. Leavengood and Philip M. Piazza of Leaven Law, St. Petersburg; and Charles M. Schropp of Schropp Law Firm, P.A., Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.